# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **SOUTH HOLSTON DENTAL DESIGNS, PLLC, ET AL.,** | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:22CV00001 |
| v. | ) ) | **JUDGMENT** |
| **INNOVATIVE COMPUTER SERVICES, INC., ET AL.,** | ) ) ) ) | JUDGE JAMES P. JONES |
| Defendants. | ) | |

For the reasons set forth in the Order and Opinion filed herewith, it is accordingly **ADJUDGED** and **ORDERED** as follows:

1. Judgment for compensatory damages is hereby entered in favor of Plaintiffs against Defendants INNOVATIVE COMPUTER SERVICES, INC., DUSTIN ZANE POWERS, and KIMBERLY E. POWERS, jointly and severally, in the amount of $1,923,996.33, effective July 18, 2023;

2. Prejudgment interest is awarded from June 3, 2020, in the amount of $436,332.11, at the Virginia statutory rate; and

3. Judgment for punitive damages is entered in favor of Plaintiffs against Defendant INNOVATED SERVICES, INC., in the amount of $250,000.00; against Defendant DUSTIN ZANE POWERS in the amount of $350,000.00; and against Defendant KIMBERLY E. POWERS in the amount of $150,000.00, effective July 18, 2023.

ENTER: August 8, 2023

/s/  JAMES P. JONES
Senior United States District Judge